**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**AMERICAN ECONOMY INSURANCE and**                        **PLAINTIFFS**
**AMERICAN STATES INSURANCE COMPANY**

**V.**                    **4:05-CV-00155 GTE**

**CAMERA MART, INC., BOYLE REALTY**
**COMPANY, INC., CUSTOM AUDIO, INC.,**
**C&P CARPETS, COMPUTER DOCTOR**
**and MAX CLEANERS**                                                      **DEFENDANTS**

## ORDER OF DISMISSAL

The parties having advised that all claims in this case have been resolved by agreement,

IT IS THEREFORE ORDERED that Plaintiff's Complaint and all Counterclaims be, and they are hereby, DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this ___19th___ day of January, 2007.

                                                              ___/s/Garnett Thomas Eisele_____
                                                               UNITED STATES DISTRICT JUDGE